UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kay Yu-Godel, | Civil No. 22-2295 (DWF/LIB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Life Insurance Company of North America, | |
| Defendant. | |

Based upon the Stipulation for Dismissal with Prejudice filed by the parties on July 10, 2023, (Doc. No. [17]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs, disbursements or attorneys' fees to any party.

Dated:  July 11, 2023                             s/Donovan W. Frank
                                                  DONOVAN W. FRANK
                                                  United States District Judge